FILED

11 DEC 21 PM 3:18

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2011 Grand Jury    '11 CR 5794 LAB

UNITED STATES OF AMERICA,      ) Case No. _____
                               )
            Plaintiff,         ) I N D I C T M E N T
                               )
       v.                      ) Title 21, U.S.C., Secs. 952
                               ) and 960 - Importation of
CONNIE GUADALUPE VILLATORO,    ) Methamphetamine
                               )
            Defendant.         )
_____)

The grand jury charges:

On or about December 6, 2011, within the Southern District of California, defendant CONNIE GUADALUPE VILLATORO did knowingly and intentionally import 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, to wit: approximately 28.55 kilograms (62.81 pounds) of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: December 21, 2011.

A TRUE BILL:

_____
Foreperson

LAURA E. DUFFY
United States Attorney

By: /s/ Marietta Geckos
MARIETTA I. GECKOS
Assistant U.S. Attorney

MIG:lml(nlv):San Diego:12/19/11